BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-MJ-00087-DAD |
| Plaintiff, | ORDER CONTINUING COURT TRIAL |
| v. | Date: May 29, 2013 |
| JOHN D. SCHEMA, | Time: 9:00 A.M. |
| | Judge: Hon. Dale A. Drozd |
| Defendant. | |

It is hereby ordered that the court trial scheduled for May 29, 2013 at 9:00 a.m. is continued to August 7, 2013, 2013 at 9:00 a.m.

IT IS SO ORDERED.

DATED: May 15, 2013.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
schema0087.stipord.cont.trial