| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | BARBARA G. BORKOWSKI<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**

AUG -5 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) 2:13-MJ-00087-DAD
)  DAD
            Plaintiff, ) [~~PROPOSED~~] ORDER CONTINUING COURT
) TRIAL
      v. )
) Date:    August 7, 2013
JOHN D. SCHEMA, ) Time:    9:00 A.M.
) Judge:   Hon. Dale A. Drozd
            Defendant. )
)

It is hereby ordered that the court trial scheduled for August 7, 2013 at 9:00 a.m. is continued to October 9, 2013, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated: *August 5*, 2013

*/s/ Dale A. Drozd*

HON. DALE A. DROZD
United States Magistrate Judge